**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-4075**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TIMMY GOINS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge; Pamela Meade Sargent, Magistrate Judge. (M-01-14-2, M-01-15-2, M-01-16-2, M-01-43-2, M-01-44-2, CR-02-5)

_____

Submitted: June 13, 2002                    Decided: June 18, 2002

_____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Matthew W. Greene, SMITH & GREENE, P.L.L.C., Fairfax, Virginia, for Appellant. John L. Brownlee, United States Attorney, S. Randall Ramseyer, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timmy Goins appeals the magistrate judge's order denying his motion for modification of his sentence to permit his sentences to run concurrently. We have reviewed the record, the magistrate judge's order, and the district court's order affirming the magistrate judge, and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge and the district court. See United States v. Goins, Nos. M-01-14-2; M-01-15-2; M-01-16-2; M-01-43-2; M-01-44-2; CR-02-5 (W.D. Va. Dec. 18 & 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2